# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Henry Waters # K81295
**Plaintiff**

VS.

Joseph V. Mathy - Warden.
Troy Quinley - Major.
Larry Death Rage - Lieutenant.
Susan Prentice - Lieutenant.
C/O Baum - Correctional Officer.
C/O Kochal - Corr. Officer
C/O Robinson - Officer
C/O J. Allen - **Defendant(s)**
Correctional Officer
C/O Vella - Officer

C/O R. Allen - Corrections Officer.
Gregory Tongamen - Officer.

Case No. _____

C/O McCormick - Officer
C/O Trainor - Officer.
C/O F. Tunnah - Officer.
C/O Forbes - Officer.
Individually / Officially
C/O Baum - Corr. Officer.
C/O Kindrick - Officer
C/O Olson - Officer.

**COMPLAINT**

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Henry Watters # K81295, and states as follows:

My current address is: P.O. Box 99 Pontiac IL. 61764

The defendant Joseph V. Mathy, is employed as Warden Chief Administrator Officer at Pontiac Corr. Ctr. P.O. Box 99 Pontiac IL. 61764.

The defendant Troy Quinley, is employed as Major/Supervisor Pontiac Corr. Ctr. at P.O. Box 99 Pontiac IL. 61764,

The defendant Larry Death Roge, is employed as Lieutenant of North Cell House at Pontiac Corr. Ctn. P.o 99 IL. 61764

The defendant Susan Prentice, is employed as Lieutenant / North Cell House at Pontiac Corr. Ctn. 99 Pontiac IL 61764

(revised 9/96)

The defendant C/O Baum, is employed as Correctional Officer At Pontiac Corr. Ctn. at P.o. Box 99 Pontiac IL 61764.

Additional defendants and addresses All Defendants Are Employed At the Pontiac Corr. Ctn. Pontiac 61769.

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐    No ☑

C. If your answer to B is yes, how many? N/A   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) ___N/A_____

      Defendant(s) ___N/A_____

   2. Court (if federal court, give name of district; if state court, give name of county)

_____None Applicable_____

3. Docket Number/Judge

_____N/A_____

4. Basic claim made

_____N/A_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)

_____N/A_____

6. Approximate date of filing of lawsuit_____N/A_____

7. Approximate date of disposition

_____N/A_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒  No ☒  If your answer is no, explain why not

The Plaintiff is seeking an Emergency Restraining Order and an Exception to the PLRA where the Plaintiff is in imminent Danger of Physical Injury or Harm.

C. Is the grievance process completed?   Yes ☒  No ☒  See Above.

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

Additional Defendants continued;

C/O Kochel is employed As officer at the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O Robinson is employed As Correctional officer at the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O J. Allen, is employed As officer At the Pontiac corr. ctr. Pontiac IL. 61764.

C/O Valla is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O R. Allen is employed As Correctional officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O C. Tangamon is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O McCormick is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O Trainor is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O F. Turner is employed At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O Forbes is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O Kindricks is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

C/O Olson is employed As officer At the Pontiac corr. ctr. P.O. Box 99 Pontiac IL. 61764.

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

1) The jurisdiction of the court is invoked pursuant to the Civil Rights Act 42 U.S.C. §§ 1983 28 U.S.C. 1331, 1343(3) AND (4) AND the Constitution of the United States.

2) Plaintiff, Henry Watters was at all time material to this lawsuit a citizen of the United States, incarcerated at the Pontiac Correctional Center P.O. Box 99 Pontiac IL 61764.

3) The plaintiff seeks redress for the use of excessive force by correctional employees of the Pontiac correctional center, where the defendant maliciously and sadistically hit and kicked the plaintiff, inmate Henry Watters # K81295 without cause or provocation.

4) The plaintiff, seeks redress for the use of excessive force, where the defendants intentionally and deliberately bent the plaintiff's wrist and handcuffs in a malicious and sadistic manner.

5) The plaintiff seeks an Temporary Restraining order and or an Preliminary Injunction and monetary damages from the defendants in their individual official capacity.

# STATEMENT OF CLAIM

Place of the occurrence  North Segregation Unit Pontiac Corr. Ctn

Date of the occurrence  From September 08 until March 2009

Witnesses to the occurrence  Employees and Inmates.

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Statement of Facts: 6) On September 16, 2008 the defendant J. Allan came to my cell to escort me to the "Psych" call line.

7) At which time I informed the defendant J. Allan I needed some time to "Groom myself" c/o. J. Allan, became Hostile and Agitated where he stated I was taking too-long to get ready.

8) After assuring the defendant Allan that I was Ready, I was hand-cuffed and brought out of my cell.

9) I was placed in an interview room, where the 'Psych' meets at with other inmates. While waiting Another inmate cracked a joke about a female officer by the name of Mrs. Selma, which I thought was funny and laughed aloud.

10. The defendant J. Allen, didn't approve of my laughter, and subsequently cancelled my visit to the "Psyche" by ordering me to be removed from the Holding cell. C/O J. Allen ordered the Female officer to take me out by uncuffing me from the seat, my hands were still handcuffed behind my back.

11. Upon getting up the defendant J. Allen without cause and provocation maliciously grabbed me around my neck, alongwith the defendant Eyler, Richard Allen and C/O Olson all correctional officers.

12. Oppose to taken me back to my cell I was taken to the Six Gallery Flag, out of the presence of other inmates, and the defendant J. Allen alongwith R. Allen [C/O J. Allen with an closed fist hit me in the forehead opening a gash in my forehead. 13. This was sadistically and maliciously done to inflict unnecessary pain on my person for no reason whatsoever.

— Continue Next page —

(6)

14 A) After being struck in the Head the other Allen, c/o R. Allen without cause or justification maliciously and sadistically placed his Hands under my Arm-Pitts and bent my Arm upward [Stretching my spinal cord] and causing pain to my Rotory cuff, arm and wrist and Applying Pressure to my spinal cord. This Conduct Aggravated an old-injury to this particular Area and caused me severe back-pain.

14 B) Subsequently I was violently pulled to my cell in this manner by c/o J. Allen, and c/o R. Allen. Upon Entering my cell I notice my "Head was Bleeding" Profusely and I Needed Medical treatment, this Bleeding was due to being Hit with an [Closed Fist] by the defendant J. Allen with an closed Fist.

16 C) I was denied my Food-Tray and my Request For medical treatment went unheaded by the defendants who denied me medical care.

17 D) In order To get medical attention and To call Attention to me not eating I purposely Flooded the Gallery.

18 E) c/o Trainer Responded to my cell in the wake of me Flooding the Gallery and order me to cuff up, in order To get medical Attention. I cuffed up, and was taken down stairs To an Holding cage by the defendants J. Allen R. Allen c/o Olson

(9)

14. C/O R. Allen, after requesting not to be escorted by C/O J. Allen violently and criminally snatched me by my hand-cuffs causing severe injury to my wrist.

15. Subsequently J. Allen grabbed my right hand and started bending my wrist and my fingers. The defendant C/O Olson and C/O Robinson started laughing at this conduct and failed to stop this treatment.

16. Arriving downstairs to the bull pen the defendant Larry Daythroge was present and at this time I was slammed to the floor in an sadistic and malicious manner causing severe pain to my back and shoulder and head.

17. After an hour in the Holding-cell. The defendant Lt. Daythroge came out laughing and the defendant K. Robinson, and G. Tangamen ordered me up. Once up I was placed on [1 gallery cell 120.] while being escorted there to C/O Tangamen bent my fingers and wrist back in an malicious and sadistic manner causing me to scream and my wrist to bleed.

18. Lt. Daythroge failed to stop this brutality and therefore is liable.

(8)

## Second Cause of Action

19. On February 13, 2009 the defendant was scheduled for a call pass to the dentist and was told to wait in the holding cell down stairs in the Bull Pen.

20. The defendant, Kendricks was on the door of the North Cell-House. The defendant C/O Olson was in the cage, which is located by the Holding cell...

21. Without "cause or provocation" the defendant C/O Boum came into the Bull-pen and grabbed me and started pulling on me in a malicious and sadistic manner...

22. Subsequently I was dragged to cell 145 by the defendant C/O Boum, C/O Kochel.

23. Upon at Cell 145 C/O Boum threw me to the floor and put his feet in my face and on my neck, while other officers C/O Vella and Kochell struck me repeatedly. And kicked me in the Buttocks.

24. Lt. Prentice witnessed this conduct and failed to intervene in the unconstitutional treatment along with C/O Kindricks who witnessed the whole incident from the door and failed to stop this treatment.

25. I suffered a fractured jaw and other injuries. As an result of this (19-24).