AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### Central District of Illinois

## JUDGMENT IN A CIVIL CASE

**Henry E. Watters**

vs.

Case Number: **09-1115**

**Deathridge, et al.**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to exhaust administrative remedies as required pursuant to 42 U.S.C., Section 1997e(a). The parties are to bear their own costs.

ENTER this 24th day of June, 2009

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY:  DEPUTY CLERK